Susan E. Coleman (SBN 171832)
E-mail: scoleman@bwslaw.com
Kristina Doan Gruenberg (SBN 268188)
E-mail: kgruenberg@bwslaw.com
BURKE, WILLIAMS & SORENSEN, LLP
444 South Flower Street, Suite 2400
Los Angeles, CA 90071-2953
Tel: 213.236.0600  Fax: 213.236.2700

Attorneys for Defendant
THE GEO GROUP, INC. (Sued herein as a Florida Corporation, also known as GEO California, Inc.)

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| JEFFREY WELLER,<br><br>            Plaintiff,<br><br>v.<br><br>THE GEO GROUP, INC., a Florida Corporation, also known as GEO California, Inc.; MARK GAMBALA, and DOES 1 to 50,<br><br>            Defendants. | Case No. 3:16-cv-01599-PJH<br><br>**JOINT STIPULATION TO DISMISS THIS ACTION WITH PREJUDICE**<br><br>**[Federal Rules of Civil Procedure, Rule 41(a)(1)(ii)]**<br><br>Hon. Phyllis J. Hamilton |

TO THE HONORABLE PHYLLIS J. HAMILTON, UNITED STATES DISTRICT COURT JUDGE:

///

///

///

///

///

///

///

BURKE, WILLIAMS & SORENSEN, LLP
ATTORNEYS AT LAW
LOS ANGELES

LA #4815-2022-7910 v1

- 1 -

3:16-CV-01599-PJH
STIPULATION OF DISMISSAL

1  IT IS HEREBY STIPULATED by and between Plaintiff JEFFREY
2  WELLER ("Plaintiff"), and Defendant THE GEO GROUP, INC. (sued herein also
3  as doing business in California, as GEO California) ("Defendant"), by and through
4  their attorneys of record, that Defendant is hereby dismissed with prejudice,
5  pursuant to Federal Rules of Civil Procedure, Rule 41(a)(1)(ii), each party to bear
6  their own fees and costs.

8  Dated: April 21, 2017          Law Offices of Taghi Astanehe

10                                 By: /s/ Taghi Astanehe
11                                        Taghi Astanehe, Esq.
12                                 Attorney for Plaintiff
                                   HERMAN TAMBO

13 Dated: April 21, 2017          BURKE, WILLIAMS & SORENSEN, LLP

15                                 By:  /s/ Susan E. Coleman
16                                        Susan E. Coleman
                                          Kristina Doan Gruenberg
17                                 Attorneys for Defendant
                                   THE GEO GROUP, INC.

BURKE, WILLIAMS &
SORENSEN, LLP
ATTORNEYS AT LAW
LOS ANGELES

LA #4815-2022-7910 v1                - 2 -                3:16-CV-01599-PJH
                                                      STIPULATION OF DISMISSAL