UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| JEFFREY WELLER,<br><br>  Plaintiff,<br><br>v.<br><br>THE GEO GROUP, INC., a Florida Corporation, also known as GEO California, Inc.; MARK GAMBALA, and DOES 1 to 50,<br><br>  Defendants. | Case No. 4:16-cv-01599-PJH<br><br>**ORDER GRANTING JOINT STIPULATION TO DISMISS THIS ACTION WITH PREJUDICE**<br><br>[PROPOSED]<br><br>Hon. Phyllis J. Hamilton |

GOOD CAUSE APPEARING, based on the stipulation of the parties;

IT IS HEREBY ORDERED that Defendant THE GEO GROUP, INC. (sued herein also as doing business in California, as GEO California) is hereby dismissed with prejudice, pursuant to Federal Rules of Civil Procedure, Rule 41(a)(1)(ii), each party to bear their own fees and costs. This will result in dismissal of the entire case and closing of the file.

IT IS SO ORDERED.

Dated: __April 24__, 2017

Honorable Phyllis J. Hamilton
United States District Court Judge

BURKE, WILLIAMS & SORENSEN, LLP
ATTORNEYS AT LAW
LOS ANGELES

LA #4847-8685-5239 v1

- 1 -

4:16-CV-01599-PJH
ORDER RE DISMISSAL